## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Rigoberto Chavez Jr

                    Plaintiff,

v.                                                  Case No.: 1:17–cv–03102
                                                    Honorable Charles R. Norgle Sr.

Ricardo Marin, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2019:

     MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 1/7/2019. The parties report that plaintiff has forwarded the executed settlement agreement to defense counsel and will file a stipulation to dismiss once the original agreement has been signed by defendants. Since the district judge will enter the dismissal order, this referral is closed. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.