IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIGOBERTO CHAVEZ, JR., | ) |
| Plaintiff, | ) |
| | ) Case No. 17-cv-03102 |
| v. | ) |
| | ) |
| RICARDO MARIN, FORMER | ) Judge Norgle |
| WARDEN NIKKI ROBINSON, | ) |
| WARDEN DAVID GOMEZ, | ) |
| LIEUTENANT CHARLES TRUITT, and | ) Magistrate Judge Finnegan |
| MAJOR REBECCA WORTH, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

Plaintiff and Defendants, by and through their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that this case be dismissed, with prejudice, and with each party to bear its own fees and costs.

*It is agreed and so stipulated:*

| | |
|---|---|
| s/ Steven J. Molitor<br>*One of Plaintiff's Attorneys*<br><br>Law Office of Julie O. Herrera<br>53 W. Jackson, Suite 1615<br>Chicago, IL 60604<br>Tel: 312-697-002<br>Fax: 312-697-0812<br>smolitor@julieherreralaw.com | s/ Andrew O'Donnell<br>*Attorney for Defendants*<br><br>Assistant Attorney General<br>100 W Randolph St., 13th Floor<br>Chicago, IL 60601<br>Tel: 312-814-6135<br>aodonnell@atg.state.il.us |